945 A.2d 1286

DENNIS PRYOR, APPELLANT–PETITIONER, v. NEW
JERSEY DEPARTMENT OF CORRECTIONS,
RESPONDENT–RESPONDENT.

March 27, 2008.

Denied.

945 A.2d 1286

RAJESHWAR SINGH YADAV AND ROOPA YADAV, PLAINTIFFS–
PETITIONERS, v. TOWNSHIP OF WEST WINDSOR,
DEFENDANT–RESPONDENT.

March 27, 2008.

Denied.